# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID LEE MORRIS, PAMELA MORRIS, and RANDY MORRIS,** | : CIVIL ACTION NO. 1:09-CV-1739 |
| Plaintiffs | : (Judge Conner) |
| v. | : |
| **RONALD KESSELRING,** *et al.*, | : |
| Defendants | : |

## **ORDER**

AND NOW, this 18th day of February, 2010, upon consideration of defendants' motion (Doc. 57) to substitute document number 56, and it appearing that counsel inadvertently filed the wrong version of the document that defendants intended to file as a brief in support of their motion (Doc. 51) to dismiss, (see Doc. 56), and that defendants seek the removal of the document currently docketed as document number 56, and that defendants seek to replace said document (Doc. 56) with the proposed document (Doc. 57-2) attached to the pending motion (Doc. 57), it is hereby ORDERED that:

1. The motion (Doc. 57) for leave to substitute document number 56 is GRANTED.

2. The Clerk of Court is directed to strike document number 56 from the docket and file the proposed document (Doc. 57-2) as a brief in support of defendants' motion to dismiss (Doc. 51) as of the date of this order.

          S/ Christopher C. Conner
          CHRISTOPHER C. CONNER
          United States District Judge