**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DAVID L. MORRIS, PAMELA MORRIS, and RANDY MORRIS,  Plaintiffs,  v.  RONALD KESSELRING, et al.,  Defendants. | CIVIL ACTION NO. 3:09-CV-1739  (JUDGE CAPUTO) |

## ORDER

**NOW**, this ___31st___ day of January, 2012, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Relief from Judgment (Doc. 176) is **DENIED**.

                                                  /s/ A. Richard Caputo
                                                  A. Richard Caputo
                                                  United States District Judge