**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DAVID L. MORRIS, PAMELA MORRIS, and RANDY MORRIS, | |
| Plaintiffs, | CIVIL ACTION NO. 3:09-CV-1739 |
| v. | (JUDGE CAPUTO) |
| RONALD KESSELRING, et al., | |
| Defendants. | |

## ORDER

**NOW**, this ___31st___ day of January, 2012, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Relief from Judgment (Doc. 176) is **DENIED**.

                                                              /s/ A. Richard Caputo
                                                              A. Richard Caputo
                                                              United States District Judge